# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Luis Angel Beltran-Velarez<br>A087 909 991<br>*Defendant* | Case No. 16-9373 MJ |

DOB 10-24-16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 24, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Luis Angel Beltran-Velarez, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Del Rio, Texas, on or about June 5, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey P.S. for AUSA Amy Brown

☒ Continued on the attached sheet.

_____
*Complainant's signature*
Ramon L. Rivera
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____October 25, 2016_____

_____
*Judge's signature*
Eileen S. Willett
United States Magistrate Judge
*Printed name and title*

City and state: _____Phoenix, Arizona_____

## STATEMENT OF PROBABLE CAUSE

I, Ramon L. Rivera, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 24, 2016, Border Patrol Agent Phillip Courtney encountered an individual near Gila Bend, in the District of Arizona. The Agent identified himself as a Border Patrol Agent and performed an immigration inspection on the individual. The individual, later identified as Luis Angel Beltran-Velarez, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Beltran-Velarez was transported to the Ajo Border Patrol Station for further processing. Beltran-Velarez was held in administrative custody until his criminal and immigration history could be verified.

3. Immigration history checks revealed Luis Angel Beltran-Velarez to be a citizen of Mexico and a previously deported criminal alien. Beltran-Velarez was removed from the United States to Mexico through Del Rio, Texas, on or about June 5, 2013, pursuant to the reinstatement of a removal order issued by an immigration Judge. There is no record of Luis Angel Beltran-Velarez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the

1

Department of Homeland Security to return to the United States after his removal. Beltran-Velarez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Luis Angel Beltran-Velarez was convicted of Re-entry of Removed Alien, a felony offense, on May 3, 2012, in United States District Court, District of Arizona. Beltran-Velarez was sentenced to a term of time served and one (1) year of supervised release. Beltran-Velarez's criminal history was matched to him by electronic fingerprint comparison.

5. On October 24, 2016, Luis Angel Beltran-Velarez was advised of his constitutional rights. Beltran-Velarez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Beltran-Velarez stated that is true and correct name is Luis Angel Beltran-Velarez. Beltran-Velarez stated that he is a citizen of Mexico and that he entered the United States illegally by walking through the desert near Sonoyta, Mexico, without inspection by an immigration officer. Beltran-Velarez further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 24, 2016, Luis Angel Beltran-Velarez, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been

previously denied admission, excluded, deported, or removed from the United States at or near Del Rio, Texas, on or about June 5, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Ramon L. Rivera
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 25th day of October, 2016.

_____
Eileen S. Willett
United States Magistrate Judge